IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD VILLANUEVA, | ) | CIVIL NO. 05-00460 JMS-BMK |
| | ) | |
| Petitioner, | ) | ORDER STRIKING SUPPLEMENTAL |
| | ) | MEMORANDA AND DENYING IN |
| vs. | ) | FORMA PAUPERIS APPLICATION |
| | ) | |
| STATE OF HAWAII, | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF HAWAII | ) | |
| MARK BENNETT, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER STRIKING SUPPLEMENTAL MEMORANDA
AND DENYING IN FORMA PAUPERIS APPLICATION**

On December 15, 2005, this court denied and dismissed Petitioner

Gerald Villanueva's amended petition for writ of habeas corpus brought pursuant

to 28 U.S.C. § 2254.   On December 20, 2005, and January 3, 2006, Villanueva

filed supplemental memoranda in support of the Amended Petition.  Villanueva

also submitted an *in forma pauperis* application and a letter to Magistrate Judge

Barry M. Kurren.

Having decided that this action is without merit, and denying the

Amended Petition in its entirety, the court STRIKES the supplemental memoranda

and DENIES the *in forma pauperis* application.  See Minetti v. Port of Seattle, 152

F.3d 1113, 1115 (9th Cir. 1998).  The Clerk shall close the case and terminate the

action.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, January  9 , 2006.



J. Michael Seabright
United States District Judge

*VILLANUEVA v. HAWAII*, Civ. No. 05-00460 JMS-BMK, Order Striking Supplemental Memoranda and Denying in Forma Pauperis Application